# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148802

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 148802
                                 COA: 319006

LEONARD EMERY NULL,
      Defendant-Appellant.
                                 Allegan CC: 11-017094-FC

_____/

      On order of the Court, the application for leave to appeal the January 2, 2014 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). We further order that the instant motion shall not constitute the defendant's "one and only one motion for relief from judgment" for the purposes of MCR 6.502(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2014



Clerk

d0917